**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-2 | CASE NUMBER:1:12-cv-4962 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| EDGAR F. MENDOZA, ROSA M. MENDOZA, | MAGISTRATE JUDGE: Young B. Kim |
| DEFENDANT(S). | |

**MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE**

    Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

                                                     Respectfully submitted,

                                                     __/s/ Julia M. Bochnowski_____
                                                     One of Plaintiff's Attorneys

Julia M. Bochnowski
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313