IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE BANK OF NEW YORK MELLON F/K/A
THE BANK OF NEW YORK AS SUCCESSOR
IN INTEREST TO JPMORGAN CHASE BANK,    CASE NUMBER:1:12-cv-4962
N.A., AS TRUSTEE FOR THE BENEFIT OF THE
CERTIFICATEHOLDERS OF POPULAR ABS,
INC. MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-2

                           PLAINTIFF

                           VS.                        DISTRICT JUDGE: Ruben Castillo

EDGAR F. MENDOZA, ROSA M. MENDOZA,    MAGISTRATE JUDGE: Young B. Kim

                          DEFENDANT(S).

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

      Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

                                                        Respectfully submitted,

                                                        __/s/ Julia M. Bochnowski_____
                                                        One of Plaintiff's Attorneys

Julia M. Bochnowski
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313